UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
(COLUMBIA DIVISION)

| | | |
|---|---|---|
| Thomas, et.al.<br>_____,<br>Plaintiffs,<br><br>v.<br><br>Andino, et.al.<br>_____,<br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 3:20--cv-01552-JMC<br><br><br><br>**Motion**<br>**in Support of**<br>***Pro Hac Vice* Application** |

The undersigned local counsel hereby moves, together with the attached Application and Affidavit, that Sophia Lin Lakin be admitted *pro hac vice* in the above-captioned case as associate counsel. As local counsel, I understand that:

1. I will personally sign and include my District of South Carolina federal bar attorney identification number on each pleading, motion, discovery procedure, or other document that I serve or file in this court; and

2. All pleadings and other documents that I file in this case will contain my name, firm name, address, and phone number and those of my associate counsel admitted *pro hac vice*; and

3. Service of all pleadings and notices as required shall be sufficient if served upon me, and it is my responsibility to serve my associate counsel admitted *pro hac vice*; and

4. Unless excused by the court, I will be present at all pretrial conferences, hearings, and trials and may attend discovery proceedings. I will be prepared to actively participate if necessary.

5. Certification of Consultation (Local Civil Rule 7.02).

    X   Prior to filing this Motion, I conferred with opposing counsel who have indicated the following position as to this Motion: ☐ will likely oppose; X They do not intend to oppose.

    ☐   Prior to filing this Motion, I attempted to confer with opposing counsel but was unable to do so for the following reason(s):
    _____
    _____

    ☐   No duty of consultation is required because the opposing party is proceeding pro se.

_ACLU of South Carolina_____    _Susan K. Dunn (Federal Bar #647)_____
Firm Name                                     Name of Local Counsel
_P.O. Box 20998_____        _s/__Susan K. Dunn_____
Street Address or Post Office Box             Signature of Local Counsel
_Charleston, SC 29413_____       Local Counsel for the Plaintiffs
City, State, Zip Code
843-282-7953_____
Telephone Number
sdunn@aclusc.org_____
E-Mail Address                                                                 revised 09/19/05