UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

# NOTICE REGARDING JURY SELECTION

Civil Action No. 3:20-cv-01552-JMC Mary T. Thomas et al V. Marci Andino et al is scheduled for Bench Trial September 22-24, 2020 in Columbia Courtroom # 3, Matthew J. Perry Court House, 901 Richland St, before Honorable J Michelle Childs. *If additional mediation or settlement discussions would be beneficial please reply to this notice within seven (7) days prior to jury selection in writing to childs_ecf@scd.uscourts.gov.*

The Court will submit written interrogatories to the jury venire for this term of court. The juror questionnaires and juror lists will be uploaded into CM/ECF and made electronically available to counsel of record only. The juror questionnaires and jury lists will be docketed in the case and available for review beginning seven days prior to jury selection. PACER fees will apply. To obtain access a Juror Questionnaire/List Request Form  must be docketed in the case, using the *Certification – Juror Questionnaire and List Request* event, found under Other Filings – Trial Documents. **THESE INTERROGATORIES WILL NOT BE REPEATED AT JURY SELECTION.**

**TRIAL BRIEFS** are expected to be e-mailed in WordPerfect format to chambers in accordance with Rule 26.05 of the Local Rule.

**To provide for an orderly and expeditious disposition of the cases on the trial calendar, the following provisions must be complied with:**

1. **Trial Briefs, Joint Requests to Charge, and Proposed Verdict Forms** shall be submitted to the court by email to Childs_ecf@scd.uscourts.gov **in WordPerfect  format** or **MS WORD format** at least one week prior to jury trial. **These documents shall not be filed.**  If the parties cannot agree upon one entire set of Requests to Charge, they are required to submit joint instructions that have been agreed upon, and submit supplemental instructions that have not been agreed on. Each supplemental instructions should list the party requesting the instructions as well as any party's objection to the instructions.

2. **Proposed Voir Dire and Witness/Exhibit Lists** shall be submitted to the court by email to Childs_ecf@scd.uscourts.gov in WordPerfect format or MS Word format at least one week prior to jury selection.

3. Joint **Requests for Strikes for Cause and Individual Requests for Each Party** must be filed **no later than 12:00 pm TWO BUSINESS DAYS BEFORE JURY SELECTION**.

4. Attorneys for each party shall, at least seven (7) days prior to jury trial, meet for the purpose of exchanging and marking all exhibits to be used at trial and where possible, agree on the admissibility of all trial exhibits.  In the event there is an objection to any exhibit, the attorneys must notify the court of such objection ***at least one day prior to trial***.  Otherwise, such objection will be deemed waived. Please use AO from 187 located on the court website. All exhibits listed shall be deemed admitted for all purposes unless the court denies admission based on objections submitted to the court as set

out above. Each exhibit should be numbered in the lower right hand corner, using plaintiff/defendant stickers. The number on the exhibit list must match the number on the exhibit. Paper copies of exhibits must be presented to the court as they are admitted. Please bring a bound copy (notebook is acceptable) of exhibits for Judge Childs. Any video exhibits must be played from counsel laptop but a DVD must be provided to the court.

5. **COUNSEL ARE REQUIRED TO USE THE ELECTRONIC COURTROOM PRESENTATION SYSTEM IN TRIAL.** All parties are required to be familiar with the electronic courtroom. If you are displaying exhibits electronically, it is required that you schedule electronic courtroom training and bring the laptop and exhibits you will be using during the trial to the session. If you are using paper exhibits, you may still schedule a time to familiarize yourself with the electronic courtroom equipment. All courtroom training must be completed no later than (5) days prior to trial.

6. **USE OF CELL PHONES**. Only attorneys are allowed to bring cell phones into the courthouse. The phones must be off while in the courtroom but may be used in the lobby. All person entering the courthouse must have picture identification.

**THE COURT MAY NOT CONSIDER ANY REQUESTS FOR CHARGE, REQUESTS FOR VOIR DIRE OR ANY EXHIBITS FOR ADMISSION DURING TRIAL SUBMITTED AFTER THE ABOVE DATE. PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** must be SUBMITTED *prior* to one week before the term, as to Non-Jury cases.

When a civil action scheduled for jury trial is settled or otherwise disposed of in advance of the actual trial, then, except for good cause shown, all juror's costs, including marshal's fees, mileage, and per diem, may be assessed equally against the parties and their counselor otherwise assessed as directed by the court, unless the clerk's office is notified **at least one full business day prior to** the date **on which the action is scheduled for trial.** Notification to the clerk's office is necessary in order to notify jurors that their presence will not be required.

In accordance with the provisions of 28 U.S.C. 636(c), you are hereby notified that the United States Magistrate Judges of the District Court, in addition to their other duties, may, upon consent of all parties in a civil case, and with the approval of the District Judge, conduct any or all proceedings, including a Jury or Non-Jury trial, and order the entry of a final judgment.

BY DIRECTION OF THE COURT

ROBIN L. BLUME, CLERK

s/Angie Snipes, Deputy Clerk