UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
Columbia Division

| | |
|---|---|
| **MARY T. THOMAS, NEA RICHARD, JEREMY RUTLEDGE, TRENA WALKER, THE FAMILY UNIT, INC., and the SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,**<br><br>Plaintiffs,<br><br>v.<br><br>**MARCI ANDINO, in her official capacity as Executive Director of the South Carolina State Election Commission; JOHN WELLS, in his official capacity as Chair of the South Carolina State Election Commission; JOANNE DAY, CLIFFORD J. EDLER, LINDA McCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission; and HENRY D. McMASTER, in his official capacity as Governor of South Carolina,**<br><br>Defendants. | Case No.: 3:20-cv-01552-JMC |

**STIPULATION OF DISMISSAL**

COMES NOW, Trena Walker, by and through undersigned Counsel, with the Consent of the Defendants and Intervenor and stipulates to her dismissal from this action, with prejudice pursuant to FRCP Rule 41.

- 2 -

Dated: July 21, 2020

*/s/* Susan K. Dunn_____
Susan K. Dunn (Fed. Bar #647)
American Civil Liberties Union of South Carolina
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
sdunn@aclusc.org

Adriel I. Cepeda Derieux*
Dale E. Ho*
Sophia Lin Lakin*
Theresa J. Lee*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org
dho@aclu.org

Deuel Ross*
NAACP Legal Defense &
Educational Fund, Inc.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
dross@naacpldf.org

*Attorneys for Plaintiffs*

* Admitted *Pro Hac Vice*