IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Mary T. Thomas, *et al.,*<br><br>  Plaintiff,<br><br>v.<br><br>Marci Andino, *et al.,*<br><br>  Defendants. | Civil Action No.: 3:20-cv-01552-JMC<br><br>**DEFENDANTS' DISCLOSURE RE: AFFIDAVIT OF RECORDS CUSTODIANS** |

Pursuant to the Court's June 10, 2020 Conference and Scheduling Order (ECF No. 67), Defendants Mari Andino, John Wells, JoAnne Day, Clifford J. Elder, Linda McCall and Scott Moseley ("State Election Commission Defendants"), by counsel, discloses that it has not yet identified any record custodian witnesses to be presented by affidavit at trial. State Election Commission Defendants reserve the right to supplement this disclosure as allowed by applicable rules and this Court if and when any record custodian is identified.

Dated this 3rd day of August, 2020.

Respectfully submitted,

/s/Jane W. Trinkley
M. Elizabeth Crum
Fed. ID No. 372
lcrum@burr.com
Wm. Grayson Lambert
Fed. ID No. 11761
glambert@burr.com
Jane W. Trinkley
Fed. ID No. 4143
jtrinkley@burr.com
BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC 29211
(803) 799-9800

43921135 v1

2

Robert Bolchoz
Robert Bolchoz LLC
robert@blochoz.com
P.O. Box 6989
Columbia, SC 29260
(803) 790-7474

Karl Smith Bowers, Jr.
BOWERS LAW OFFICE
butch@butchbowers.com
P.O. Box 50549
Columbia, SC 29250
(803) 753-1099

Harrison D. Brant
STATE ELECTION COMMISSION
Harrison.brant@gmail.com
1122 Lady Street, Suite 500
Columbia, SC 29201
(803) 734-9063


Attorneys for State Election Commission Defendants

2