# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| MARY T. THOMAS, NEA RICHARD, JEREMY RUTLEDGE, TRENA WALKER, THE FAMILY UNIT, INC., and the SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,<br><br>       Plaintiffs,<br><br> v.<br><br>MARCI ANDINO, in her official capacity as Executive Director of the South Carolina State Election Commission; JOHN WELLS, in his official capacity as Chair of the South Carolina State Election Commission; JOANNE DAY, CLIFFORD J. EDLER, LINDA McCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission; and HENRY D. McMASTER, in his official capacity as Governor of South Carolina,<br><br>       Defendant. | Case No.: 3:20-cv-01552-JMC<br><br>**PLAINTIFFS' DISCLOSURE REGARDING AFFIDAVIT OF RECORDS CUSTODIANS** |

   Pursuant to the Court's June 10, 2020 Conference and Scheduling Order, ECF No. 67, Plaintiffs, by counsel, disclose that they have not yet identified any records custodian witnesses to be presented by affidavit at trial. Plaintiffs reserve the right to supplement this disclosure as allowed by applicable rules and this Court if and when any records custodian is identified.


Dated: August 3, 2020

Adriel I. Cepeda Derieux*
Dale E. Ho*
Sophia Lin Lakin*
Theresa J. Lee*
Ihaab Syed*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org
dho@aclu.org
slakin@aclu.org
tlee@aclu.org
isyed@aclue.org

Deuel Ross*
John Zachary Morris*
Kevin Jason*
**NAACP Legal Defense & Educational Fund, Inc**.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
dross@naacpldf.org
zmorris@naacpldf.org
kjason@naacpldf.org

Respectfully Submitted,

 */s/ Susan K. Dunn*
Susan K. Dunn (Fed. Bar #647)
**American Civil Liberties Union of South Carolina**
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
sdunn@aclusc.org

LaRue Robinson*
Skyler Silvertrust*
**Willkie Farr & Gallagher LLP**
300 North LaSalle Street
Chicago, IL 60654
Tel.: (312) 728 9000
lrobinson@willkie.com
ssilvertrust@willkie.com

Peter Lieb*
Kyle Burns*
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue
New York, NY 10019-6099
Tel.: (212) 728 8000
kburns@willkie.com
blocklieb@gmail.com

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*