# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| MARY T. THOMAS, NEA RICHARD, JEREMY RUTLEDGE, THE FAMILY UNIT, INC., and the SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>MARCI ANDINO, in her official capacity as Executive Director of the South Carolina State Election Commission; JOHN WELLS, in his official capacity as Chair of the South Carolina State Election Commission; JOANNE DAY, CLIFFORD J. EDLER, LINDA McCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission; and HENRY D. McMASTER, in his official capacity as Governor of South Carolina,<br><br>　　　　　　　　Defendant. | Case No.: 3:20-cv-01552-JMC<br><br>**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that, pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs Mary T. Thomas, Nea Richard, Jeremy Rutledge, The Family Unit, and the South Carolina State Conference of the NAACP, by and through their undersigned counsel, hereby voluntarily dismiss Defendant Henry D. McMaster.

Dated:  August 10, 2020　　　　　　　　　　　Respectfully Submitted,

- 2 -

Adriel I. Cepeda Derieux*
Dale E. Ho*
Sophia Lin Lakin*
Theresa J. Lee*
Ihaab Syed*
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org
dho@aclu.org
slakin@aclu.org
tlee@aclu.org
isyed@aclue.org

Deuel Ross*
John Zachary Morris*
Kevin Jason*
**NAACP Legal Defense & Educational Fund, Inc**.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
dross@naacpldf.org
zmorris@naacpldf.org
kjason@naacpldf.org

 /s/ Susan K. Dunn
Susan K. Dunn (Fed. Bar #647)
**American Civil Liberties Union of South Carolina**
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
sdunn@aclusc.org

LaRue Robinson*
Skyler Silvertrust*
**Willkie Farr & Gallagher LLP**
300 North LaSalle Street
Chicago, IL 60654
Tel.: (312) 728 9000
lrobinson@willkie.com
ssilvertrust@willkie.com

Peter Lieb*
Kyle Burns*
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue
New York, NY 10019-6099
Tel.: (212) 728 8000
kburns@willkie.com
blocklieb@gmail.com

*Attorneys for Plaintiffs*

*Admitted *Pro Hac Vice*