IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| MARY T. THOMAS, NEA RICHARD, JEREMY RUTLEDGE, TRENA WALKER, DR. BRENDA WILLIAMS, and THE FAMILY UNIT, INC.,<br>Plaintiff,<br><br>v.<br><br>MARCI ANDINO as Executive Director of the State Election Commission, JOHN WELLS in his official capacity as Chair of SC State Election Commission, CLIFFORD J. EDLER and SCOTT MOSELEY in their official capacities as Members of the South Carolina State Election Commission, and HENRY D. MCMASTER in his official capacity as Governor of South Carolina<br><br>Defendants. | Case No. 3:20-CV-01552-JMC<br><br>**MOTION OF ATTORNEY GENERAL ALAN WILSON FOR LEAVE TO FILE AMICUS BRIEF** |

Alan Wilson, Attorney General of South Carolina, moves for leave to file an amicus brief in this case in support of the Election Defendants' Motion for Summary Judgment (ECF No. 108). This Court has previously granted an earlier motion for leave to file an amicus brief (ECF No. 29). Text Order at ECF No. 31. That earlier amicus brief was filed before the hearing regarding a preliminary injunction in this case. The proposed amicus brief would be filed on August 17, 2020, two weeks before the hearing for the Motion for Summary Judgment now scheduled for August 31. The proposed brief will be no longer than five pages long and will address just a few points for the information of the Court. The Attorney General consents to the Plaintiffs filing a return to his brief by August 21.

Therefore, for the foregoing reasons including those set forth in his earlier Motion for Leave (ECF Np. 29), the Attorney General respectfully requests that this Court grant him leave to file an amicus brief by August 17.

                                      Respectfully submitted,

                                      ALAN WILSON
                                      Attorney General
                                      Federal ID No.10457

                                      ROBERT D. COOK
                                      Solicitor General
                                      Federal ID No. 285
                                      Email: bcook@scag.gov

                                      /s/ J. Emory Smith, Jr.
                                      J. EMORY SMITH, JR.
                                      Deputy Solicitor General
                                      Federal ID No. 3908
                                      Email: esmith@scag.gov

                                      HARLEY KIRKLAND
                                      Assistant Attorney General
                                      Federal ID No. 12397

                                      Office of the Attorney General
                                      Post Office Box 11549
                                      Columbia, South Carolina 29211
                                      Phone:  (803) 734-3680
                                      Fax:  (803) 734-3677

August 11, 2020                             Counsel for the Attorney General

Local Civ. Rule 7.04 statement

    Counsel for the other parties have stated that they do not object to this motion.

                                        /s/ J. Emory Smith, Jr.
                                        J. EMORY SMITH, JR.
August 11, 2020                             Deputy Solicitor General