**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION**

| | | |
|---|---|---|
| Mary T. Thomas, Nea Richard, Jeremy Rutledge, Trena Walker, Dr. Brenda Williams, and The Family Unit, Inc., | ) ) ) ) | Case No. 3:20-cv-1552-JMC |
| Plaintiffs, | ) ) ) | **NOTICE OF APPEARANCE** |
| v. | ) ) | |
| Marci Andino, in her official capacity as Executive Director of the South Carolina State Election Commission; John Wells, in his official capacity as Chair of the South Carolina State Election Commission; and Clifford J. Edler and Scott Moseley, in their official capacities as members of the South Carolina State Election Commission, and Henry D. McMaster in his official Capacity as Governor of South Carolina, | ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants, | ) ) | |
| and | ) ) | |
| South Carolina Republican Party, | ) ) | |
| Intervenor-Defendant. | ) ) | |

PLEASE TAKE NOTICE that the undersigned attorney, Susan P. McWilliams, represents the Proposed Intervenor-Defendant James H. ("Jay") Lucas, Speaker of the South Carolina House of Representatives, and hereby gives notice of appearance as counsel in the above-captioned action. All future pleadings and correspondence should be sent to the attorney at the address below.

*Signature appears on following page.*

1

Respectfully submitted,

s/ Susan P. McWilliams

Susan P. McWilliams, Fed ID No. 3351
NEXSEN PRUET, LLC
1230 Main Street, Suite 700 (29201)
Post Office Drawer 2426
Columbia, SC 29202
Telephone:  803.771.8900
SMcwilliams@nexsenpruet.com

*Attorney for Intervenor James H. ("Jay") Lucas, Speaker of the South Carolina House of Representatives*

August 12, 2020
Columbia, South Carolina

2