# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| MARY T. THOMAS, NEA RICHARD, JEREMY RUTLEDGE, THE FAMILY UNIT, INC., and the SOUTH CAROLINA STATE CONFERENCE OF THE NAACP,<br><br>                   Plaintiffs,<br><br>    v.<br><br>MARCI ANDINO, in her official capacity as Executive Director of the South Carolina State Election Commission; JOHN WELLS, in his official capacity as Chair of the South Carolina State Election Commission; JOANNE DAY, CLIFFORD J. EDLER, LINDA McCALL, and SCOTT MOSELEY, in their official capacities as members of the South Carolina Election Commission; and HENRY D. McMASTER, in his official capacity as Governor of South Carolina,<br><br>                   Defendant. | Case No.: 3:20-cv-01552-JMC<br><br>**STIPULATION OF DISMISSAL OF DEFENDANT HENRY D. McMASTER** |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned parties through their counsel, pursuant to F.R.C.P. 41(a)(1)(A)(ii), that Defendant Henry D. McMaster is dismissed without prejudice from the above-captioned matter, with each party to bear its own costs and fees.


| | |
|---|---|
| /s/*Thomas A. Limehouse, Jr.* <br> Thomas A. Limehouse, Jr. (Fed. Bar No. 12148) <br> *Chief Legal Counsel* <br> OFFICE OF THE GOVERNOR <br> South Carolina State House <br> 1100 Gervais Street <br> Columbia, South Carolina 29201 <br> (803) 734-6023 <br> tlimehouse@governor.sc.gov <br><br> *Counsel for Defendant Henry D. McMaster, in his official capacity as Governor of South Carolina* | */s/ Susan K. Dunn* <br> Susan K. Dunn (Fed. Bar #647) <br> **American Civil Liberties Union of South Carolina** <br> Charleston, SC 29413-0998 <br> Tel.: (843) 282-7953 <br> Fax: (843) 720-1428 <br> sdunn@aclusc.org <br><br> *Attorney for Plaintiffs* |
| */s/M. Elizabeth Crum* <br> M. Elizabeth Crum <br> Fed. ID No. 372 <br> BURR & FORMAN LLP <br> Post Office Box 11390 <br> Columbia, SC 29211 <br> (803) 799-9800 <br><br> *Counsel for Marci Andino, John Wells, Joanne Day, Clifford J. Edler, Linda McCall, and Scott Moseley in their official capacities as members of the South Carolina Election Commission* | */s/Robert E. Tyson, Jr.* <br> Robert E. Tyson, Jr. <br> Fed. ID No. 7815 <br> 1310 Gadsden Street <br> Post Office Box 11449 <br> Columbia, South Carolina 29201 <br> (803) 929-1400 <br> rtyson@robinsongray.com <br><br> *Counsel for Intervenor–Defendant South Carolina Republican Party* |