# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Mary T. Thomas, Nea Richard, Jeremy Rutledge, The Family Unit, Inc., and South Carolina State Conference of the NAACP, ) ) ) ) )| Civil Action No.: 3:20-cv-01552-JMC |
| Plaintiffs, ) ) | |
| v. ) ) | |
| Marci Andino, as Executive Director of the State Election Commission, John Wells in his official capacity as Chair of SC State Election Commission, and Clifford J. Edler, Scott Moseley, JoAnne Day, and Linda McCall in their official capacities as Members of the South Carolina State Election Commission, ) ) ) ) ) ) ) ) ) ) | **ORDER** |
| Defendants, ) ) | |
| v. ) ) | |
| South Carolina Republican Party, James H. Lucas in his capacity as Speaker of the South Carolina House of Representatives, and Harry Peeler in his capacity as President of the South Carolina Senate, ) ) ) ) ) ) | |
| Intervenors. ) ) | |

This matter is before the court to address the hearing on dispositive motions set for August 31, 2020. (*See* ECF No. 68.) The court **ORDERS** the hearing be reset to begin at 9:30 a.m.

The court has reviewed all parties' submissions. Accordingly, the court intends to proceed using the following schedule for arguments:

1

- 9:30 a.m. – Introductory Comments from Judge Childs
- 9:40 a.m. – Defendants South Carolina State Election Commission
- 10:00 a.m. – Defendant Intervenor South Carolina Republican Party
- 10:15 a.m. – Defendant Intervenor Speaker Lucas
- 10:25 a.m. – Defendant Intervenor President Peeler
- 10:35 a.m. – Plaintiffs' Response
- 10:55 a.m. – Recess
- 11:10 a.m. – Defendants South Carolina State Election Commission Reply
- 11:20 a.m. – Defendant Intervenor South Carolina Republican Party Reply
- 11:30 a.m. – Court's final questions

The court welcomes, but does not require, non-parties who filed amici briefs to appear at this hearing.

**IT IS SO ORDERED.**

*J. Michelle Childs*
United States District Judge

August 24, 2020
Columbia, South Carolina