UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Mary T. Thomas, *et al.*,<br><br>      Plaintiffs,<br><br>    v.<br><br>Marci Andino, *et al.*,<br><br>      Defendants. | No.: 3:20-cv-01552-JMC<br><br>**Notice Regarding**<br>**Motion *in Limine* (ECF No. 106)** |

Defendants Marci Andino, John Wells, JoAnne Day, Clifford J. Edler, Linda McCall, and Scott Moseley have moved to exclude the expert testimony of Chad D. Cotti. The Plaintiffs have informed the Defendants that the Plaintiffs will not be calling Cotti as a witness as trial. Therefore, the motion *in limine* is moot as to Cotti. The motion remains pending as to the four other expert witnesses whose testimony the Defendants moved to exclude or limit.

Respectfully Submitted,

s/ Wm. Grayson Lambert

M. Elizabeth Crum
Fed. ID No. 372
Wm. Grayson Lambert
Fed. ID No. 11761
Jane W. Trinkley
Fed. ID No. 4143
BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC 29211
(803) 799-9800

44177447 v2

Robert Bolchoz
ROBERT BOLCHOZ LLC
P.O. Box 6989
Columbia, SC 29260
(803) 790-7474

Karl Smith Bowers, Jr.
BOWERS LAW OFFICE
P.O. Box 50549
Columbia, SC 29250
(803) 753-1099

Harrison D. Brant
STATE ELECTION COMMISSION
1122 Lady Street, Suite 500
Columbia, SC 29201
(803) 734-9063

*Counsel for Election Defendants*

44177447 v2