# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

MARY T. THOMAS, *et al.*,

    Plaintiffs,

v.

MARCI ANDINO, *et al.*,

    Defendants.

Case No.: 3:20-cv-01552-JMC

## STIPULATION TO DISMISS CLAIMS AS MOOT

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs Mary Thomas, Jeremy Rutledge, Nea Richard, the Family Unit, Inc., and the South Carolina State Conference of the NAACP (jointly, "Plaintiffs"); Defendants Marci Andino, John Wells, Clifford Edler, Scott Moseley, Linda McCall, and JoAnn Day (jointly, the "Election Defendants"); Intervenor-Defendant the South Carolina Republican Party ("SCRP"); Intervenor-Defendant Hon. James H. Lucas; and Intervenor-Defendant Hon. Harvey Peeler (collectively with Plaintiffs, SCRP, and Intervenor-Defendant James H. Lucas, "the Parties"), hereby stipulate to dismissal as moot Plaintiffs' claims in this case pertaining to the categories of eligible South Carolina voters that are qualified to vote by absentee ballot codified at S.C. Code Ann. § 7-15-320. Those claims were mooted by R.149, which South Carolina Governor Henry D. McMaster signed into law on September 16, 2020.

The Parties therefore agree to dismiss these claims. The Parties agree to bear their own costs, expenses, and attorneys' fees related to the dismissed claims.

Dated: September 18, 2020

Adriel I. Cepeda Derieux
Dale E. Ho
Sophia Lin Lakin
Theresa J. Lee
Ihaab Syed
**American Civil Liberties Union Foundation**
125 Broad Street, 18th Floor
New York, NY 10004
Tel.: (212) 549-2500
acepedaderieux@aclu.org
dho@aclu.org
isyed@aclu.org

LaRue Robinson
Skyler Silvertrust
**Willkie Farr & Gallagher LLP**
300 North LaSalle Street
Chicago, IL 60654
Tel.: (312) 728 9000
lrobinson@willkie.com
ssilvertrust@willkie.com


*Motion for admission *Pro Hac Vice* forthcoming

Respectfully submitted,

  /s/ Susan K. Dunn
Susan K. Dunn (Fed. Bar #647)
**American Civil Liberties Union of South Carolina**
Charleston, SC 29413-0998
Tel.: (843) 282-7953
Fax: (843) 720-1428
sdunn@aclusc.org

Deuel Ross
J. Zachery Morris
Kevin Jason
**NAACP Legal Defense & Educational Fund, Inc**.
40 Rector Street, 5th Floor
New York, NY 10006
Tel.: (212) 965-2200
dross@naacpldf.org

Peter Lieb
Kyle Burns
M. Annie Houghton-Larsen
Romane Paul*
**Willkie Farr & Gallagher LLP**
787 Seventh Avenue
New York, NY 10019-6099
Tel.: (212) 728 8000
kburns@willkie.com

*Attorneys for Plaintiffs*

s/Susan P. McWilliams
Susan P. McWilliams
Fed ID No. 3351
smcwilliams@nexsenpruet.com
Nexsen Pruet, LLC
1230 Main Street, Suite 700
Columbia, SC 29201
Phone: 803-253-8221
Fax: 803-727-1476

*Counsel for Speaker James H. Lucas*

s/M. Todd Carroll
M. Todd Carroll
Fed ID No. 9742
Kevin A. Hall
Fed ID No. 5375
todd.carroll@wbd-us.com
kevin.hall@wbd-us.com
Womble Bond Dickinson (US) LLP
1221 Main Street, Suite 16
Columbia, SC 29201
Phone: 803-454-6504

*Counsel for Senate President Harvey Peeler*

s/Robert E. Tyson, Jr.
Robert E. Stepp
Fed. ID No. 4302
Robert E. Tyson, Jr.
Fed. ID No. 7815
Vordman Carlisle Traywick, III
Fed. ID No. 12483
Robinson Gray Stepp & Laffitte, LLC
1310 Gadsden Street
Post Office Box 11449
Columbia, South Carolina 29201
(803) 929-1400
rstepp@robinsongray.com
rtyson@robinsongray.com
ltraywick@robinsongray.com

*Counsel for South Carolina Republican Party*

s/ Wm. Grayson Lambert
M. Elizabeth Crum
Fed. ID No. 372
Wm. Grayson Lambert
Fed. ID No. 11761
Jane W. Trinkley
Fed. ID No. 4143

BURR & FORMAN LLP
Post Office Box 11390
Columbia, SC 29211
(803) 799-9800

Robert Bolchoz
ROBERT BOLCHOZ LLC
P.O. Box 6989
Columbia, SC 29260
(803) 790-7474

Karl Smith Bowers, Jr.
BOWERS LAW OFFICE
P.O. Box 50549
Columbia, SC 29250
(803) 753-1099

Harrison D. Brant
STATE ELECTION COMMISSION
1122 Lady Street, Suite 500
Columbia, SC 29201
(803) 734-9063

*Counsel for Election Defendants*