UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Mary T. Thomas, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Marci Andino, *et al.*, <br><br> Defendants. | No.: 3:20-cv-01552-JMC <br><br> **Voluntary Dismissal of Plaintiff Jeremy Rutledge** |

Plaintiff Jeremy Rutledge is still living in the same house as his wife and now intends to continue doing so. He therefore has access to a witness and no longer challenges the Witness Requirement in S.C. Code § 7-15-380. Therefore, all parties to the case stipulate to Rutledge's dismissal with prejudice from this case, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated:  September 18, 2020                                        Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Susan K. Dunn*

Adriel I. Cepeda Derieux                    Susan K. Dunn (Fed. Bar
Dale E. Ho                                                #647)
Sophia Lin Lakin                                **American Civil Liberties**
Theresa J. Lee                                     **Union of South Carolina**
Ihaab Syed                                              Charleston, SC 29413-0998
**American Civil Liberties**              Tel.: (843) 282-7953
**Union Foundation**                         Fax: (843) 720-1428
125 Broad Street, 18th Floor              sdunn@aclusc.org
New York, NY 10004
Tel.: (212) 549-2500                            Deuel Ross
acepedaderieux@aclu.org                J. Zachery Morris
dho@aclu.org                                       Kevin Jason
isyed@aclu.org                                    **NAACP Legal Defense &**
                                                               **Educational Fund, Inc**.
LaRue Robinson                                 40 Rector Street, 5th Floor
Skyler Silvertrust                                New York, NY 10006

44178808 v1

| | |
|---|---|
| **Willkie Farr & Gallagher LLP** <br> 300 North LaSalle Street <br> Chicago, IL 60654 <br> Tel.: (312) 728 9000 <br> lrobinson@willkie.com <br> ssilvertrust@willkie.com <br><br> *Motion for admission *Pro Hac Vice* forthcoming | Tel.: (212) 965-2200 <br> dross@naacpldf.org <br><br> Peter Lieb <br> Kyle Burns <br> M. Annie Houghton-Larsen <br> Romane Paul* <br> **Willkie Farr & Gallagher LLP** <br> 787 Seventh Avenue <br> New York, NY 10019-6099 <br> Tel.: (212) 728 8000 <br> kburns@willkie.com <br><br> *Attorneys for Plaintiffs* |
| s/Susan P. McWilliams <br> Susan P. McWilliams <br> Fed ID No. 3351 <br> smcwilliams@nexsenpruet.com <br> Nexsen Pruet, LLC <br> 1230 Main Street, Suite 700 <br> Columbia, SC 29201 <br> Phone: 803-253-8221 <br> Fax: 803-727-1476 <br><br> *Counsel for Speaker James H. Lucas* <br><br> s/M. Todd Carroll <br> M. Todd Carroll <br> Fed ID No. 9742 <br> Kevin A. Hall <br> Fed ID No. 5375 <br> todd.carroll@wbd-us.com <br> kevin.hall@wbd-us.com <br> Womble Bond Dickinson (US) LLP <br> 1221 Main Street, Suite 16 <br> Columbia, SC 29201 <br> Phone: 803-454-6504 <br><br> *Counsel for Senate President Harvey Peeler* | s/ Wm. Grayson Lambert <br> M. Elizabeth Crum <br> Fed. ID No. 372 <br> Wm. Grayson Lambert <br> Fed. ID No. 11761 <br> Jane W. Trinkley <br> Fed. ID No. 4143 <br><br> BURR & FORMAN LLP <br> Post Office Box 11390 <br> Columbia, SC 29211 <br> (803) 799-9800 <br><br> Robert Bolchoz <br> ROBERT BOLCHOZ LLC <br> P.O. Box 6989 <br> Columbia, SC 29260 <br> (803) 790-7474 <br><br> Karl Smith Bowers, Jr. <br> BOWERS LAW OFFICE <br> P.O. Box 50549 <br> Columbia, SC 29250 <br> (803) 753-1099 |

44178808 v1

s/Robert E. Tyson, Jr.
Robert E. Stepp
Fed. ID No. 4302
Robert E. Tyson, Jr.
Fed. ID No. 7815
Vordman Carlisle Traywick, III
Fed. ID No. 12483
Robinson Gray Stepp & Laffitte, LLC
1310 Gadsden Street
Post Office Box 11449
Columbia, South Carolina 29201
(803) 929-1400
rstepp@robinsongray.com
rtyson@robinsongray.com
ltraywick@robinsongray.com

*Counsel for South Carolina Republican Party*

Harrison D. Brant
STATE ELECTION COMMISSION
1122 Lady Street, Suite 500
Columbia, SC 29201
(803) 734-9063

*Counsel for Election Defendants*