IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Kylon Middleton, Deon Tedder, Amos Wells, Carlyle Dixon, Tonya Winbush, Ernestine Moore, South Carolina Democratic Party, DNC Services Corporation/Democratic National Committee, and DCCC,<br><br>    Plaintiffs,<br><br>vs.<br><br>Marci Andino, in her official capacity as Executive Director of the South Carolina State Election Commission; John Wells, in his official capacity as Chair of the South Carolina State Election Commission; and Clifford J. Edler and Scott Moseley, in their official capacities as members of the South Carolina State Election Commission,<br><br>    Defendants,<br><br>and<br><br>South Carolina Republican Party, James H. ("Jay") Lucas, Speaker of the House of Representatives, and Harvey Peeler, President of the South Carolina State Senate,<br><br>    Intervenor–Defendants. | Civil Action No.: 3:20-cv-01552-JMC<br><br><br>**INTERVENOR–DEFENDANT SOUTH CAROLINA REPUBLICAN PARTY'S NOTICE OF SUPPLEMENTAL AUTHORITIES** |

The intervenor–defendant, South Carolina Republican Party (the SCGOP), respectfully submits this notice of supplemental authorities in support of the arguments raised in opposition to the plaintiffs' motion for preliminary injunction.

First, the U.S. District Court for the Northern District of Oklahoma issued an order yesterday denying a motion for preliminary injunction and entering judgment in favor of the defendants in a case similar to the present one. See Ex. A, DCCC v. Ziriax, No. 20-cv-211-JED-

JFJ, 2020 WL 5569576, at *1 (N.D. Okl. Sept. 17, 2020). In that case, the DCCC and Oklahoma Democratic Party challenged Oklahoma's (1) absentee voter identification requirement, (2) election day receipt deadline, (3) criminalization of absentee ballot assistance and collection, and (4) refusal to prepay postage for return absentee ballots. The SCGOP would rely upon the district court's order here in support of its arguments—as well those raised by the State Election Commission Defendants, Speaker Lucas, and President Peeler—in opposition to the plaintiffs' challenges to the witness requirement, the election day deadline, and the campaign absentee assistance ban. See ECF Nos. 93, 94, 100 & 101.

Second, this week, the General Assembly enacted H.5305, which Governor McMaster signed into law on September 16, 2020, temporarily expanding absentee voting for the general election and moving up the date on which elections officials may begin opening absentee ballot envelopes. See Ex. B, H.5305, 123d Leg., 2d Sess. (S.C. 2020), ratified, R.149 (Sept. 16, 2020).

    Respectfully submitted,

    ROBINSON GRAY STEPP & LAFFITTE, LLC

    By: /s/Robert E. Tyson, Jr.
        Robert E. Tyson, Jr.
        Fed. ID No. 7815
        Vordman Carlisle Traywick, III
        Fed. ID No. 12483
        1310 Gadsden Street
        Post Office Box 11449
        Columbia, South Carolina 29201
        (803) 929-1400
        rtyson@robinsongray.com
        ltraywick@robinsongray.com

    *Counsel for Intervenor–Defendant South Carolina Republican Party*

Columbia, South Carolina
September 18, 2020